United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Nicholas Tarsia, Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 19-cv-21654-Civ-Scola |
| | ) |
| Brian Dobbs and others, | ) |
| Respondents. | ) |

### Order Adopting Magistrate's Report and Recommendation

This 28 U.S.C. § 2241 case was referred to United States Magistrate Judge Lisette M. Reid for a ruling on all pre-trial, nondispositive matters, and for a report and recommendation on any dispositive matters. On May 9, 2019, Judge Reid issued her report and recommendation, explaining that Petitioner Nicholas Tarsia's petition should be dismissed because it is duplicative of a lower-numbered case in front of Chief Judge K. Michael Moore (Case No. 19-cv-21145-MOORE). Tarsia has not filed any objections to Judge Reid's report in this case and the time to do so has passed.

A district-court judge need conduct a de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636. When no objections are made, a report may be adopted in full without conducting a de novo review. *Id.* Nevertheless, the Court reviewed, de novo, the filings, the applicable law, and the record, and finds Judge Reid's report and recommendation cogent and compelling. The Court agrees with Judge Reid's conclusions that because this petition is identical to the petition before Chief Judge Moore, it should be dismissed.[1]

Based on the Court's review, the Court **affirms and adopts** Judge Reid's report and recommendation (**ECF No. 7**) in full and **dismisses** Tarsia's petition. The Clerk is directed to **close** this case. Any pending motions are denied as moot.

**Done and ordered** in chambers, at Miami, Florida, on May 28, 2019.

_____
Robert N. Scola, Jr.
United States District Judge

---

[1] Judge Reid entered a report and recommendation in the Chief Judge Moore case on the same day she entered the one in this case. In that report she recommends the denial of Tarsia's petition without prejudice.